**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 2/26/2020

**IRENE TARQUINO, et al.**

                              **Plaintiffs,**                    **19-CV-03434 (AT)(SN)**

              **-against-**                                      **ORDER**

**MUSE ENTERPRISES INC., et al.,**

                              **Defendants.**
------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On February 26, 2020, the parties appeared before me for a discovery conference. As

stated at the conference, the following deadlines will apply in this case:

1. By Monday, March 2, 2020, the parties shall file on the docket a

joint proposed stipulated protective order, or if the parties cannot agree, two proposed protective

orders. The parties shall also email the proposed protective order(s), formatted as Word

documents, to Netburn_NYSDChambers@nysd.uscourts.gov.

2. The parties shall file a letter by March 27, 2020, listing all depositions

and proposed dates for the depositions. To the extent the parties cannot agree to deposition dates,

the Court will order a deposition schedule.

3. The deposition deadline is extended to May 15, 2020. The deadline for all discovery

is extended to May 29, 2020. Any party that intends to file a motion for summary judgment must

file a pre-motion letter by June 12, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      New York, New York
            February 26, 2020