```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

IRENE TARQUINO, et al.,

                      **Plaintiffs,**

      -against-

MUSE ENTERPRISES INC., et al.,

                      **Defendants.**

```
-----------------------------------------------------------------X
```

19-CV-03434 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    By Thursday, March 5, 2020, Plaintiffs' counsel is ORDERED to re-file the proposed stipulated protective order, ECF No. 69, with counsel's signature.

**SO ORDERED.**

DATED:    March 4, 2020
               New York, New York

SARAH NETBURN
United States Magistrate Judge