```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/12/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE TARQUINO, DAVID TARQUINO, and NOELIA TARQUINO,

        Plaintiffs,

-against-

MUSE ENTERPRISES, INC., MICHELLE ANDREWS, individually; MUSE ENTERPRISES INC. RETIREMENT TRUST II PLAN; and LONG ISLAND EMPLOYEE BENEFITS GROUP LTD.,

        Defendants.

19 Civ. 3434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Honorable Sarah Netburn extending the deadline to complete discovery, ECF No. 68, the case management conference scheduled for May 11, 2020 is ADJOURNED to **June 16, 2020,** at **10:40 a.m.** By **June 9, 2020**, the parties shall file their joint letter.

    SO ORDERED.

Dated: March 12, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge