UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE TARQUINO, DAVID TARQUINO, and NOELIA TARQUINO,

          Plaintiffs,

-against-

MUSE ENTERPRISES, INC., MICHELLE ANDREWS, individually; MUSE ENTERPRISES INC. RETIREMENT TRUST II PLAN; and LONG ISLAND EMPLOYEE BENEFITS GROUP LTD.,

          Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/2020
```

19 Civ. 3434 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    In light of the Honorable Sarah Netburn extending the deadline to complete discovery, ECF No. 78, the case management conference scheduled for June 16, 2020 is ADJOURNED to **November 17, 2020,** at **10:40 a.m.** By **November 9, 2020**, the parties shall file their joint status report. *See id.*

    SO ORDERED.

Dated: June 10, 2020
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge