```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TARQUINO, et al.,

                            Plaintiffs,           19-CV-03434 (AT)(SN)

        -against-                                 ORDER

MUSE ENTERPRISES, INC., et al.,

                            Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On July 17, 2020, the parties appeared by telephone for a discovery conference. As discussed at the conference, the following rulings will apply:

All depositions shall proceed remotely pursuant to Fed. R. Civ. P. 30(b)(4) and this Court's Emergency Individual Rules and Practices in Light of COVID-19 revised on May 1, 2020, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-netburn.

Plaintiffs' proposed deposition of non-party Cameron Andrews is denied without prejudice.

The Court authorizes the deposition of non-party Len Fruchter.

By Monday, July 20, 2020, Defendants shall provide Plaintiffs with non-party Len Frunchter's contact information and address or shall indicate whether Defendants' counsel will accept service on his behalf.

The parties shall conduct depositions on the following dates, provided deponents' availability:

- Ms. Irene Tarquino: August 14, 2020;

- Mr. Len Fruchter: August 17, 2020;

- Mr. David Tarquino: August 21, 2020;

- Ms. Meredith Heithoff: August 25, 2020;

- Muse Enterprises 30(b)(6) and Ms. Michelle Andrews: September 8-9, 2020, as necessary; and

- Ms. Noelia Tarquino: September 11, 2020.

Any modifications of this schedule must be approved by the Court.

**SO ORDERED.**

DATED:   July 17, 2020
         New York, New York

_____
SARAH NETBURN
United States Magistrate Judge