```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRENE TARQUINO, et al.,

                        **Plaintiffs,**                      **19-CV-03434 (SN)**

          -against-                                  **ORDER**

MUSE ENTERPRISES, INC., et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court held a settlement conference on December 18, 2020, at which the parties agreed to settlement in principal. On January 20, 2021, the Court contacted counsel for the parties inquiring about the status of the settlement, and the Defendants shared that it would be forthcoming. On January 29, 2021, counsel for the Plaintiffs requested that the Court set a date certain for the exchange of the settlement agreement. Accordingly, the Defendant shall exchange the settlement agreement with the Plaintiffs no later than February 5, 2021. If the Defendants have failed to comply with this Order, the Court will conduct a conference on Monday, February 8, 2021, at 12:00 p.m. At that time, the parties should dial in to the Court's teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. The conference may be adjourned by filing a joint letter confirming compliance before the conference date.

**SO ORDERED.**

                                                                     _____
                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      January 29, 2021
                 New York, New York