UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IRENE TARQUINO, et al.,

                     **Plaintiffs,**   19-CV-03434 (SN)

       **-against-**   **ORDER OF DISMISSAL**

MUSE ENTERPRISES, INC., et al.,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on December 18, 2020, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on February 22, 2021. ECF No. 118. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:      February 23, 2021
               New York, New York